# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

Robert P. Young, Jr.,
Chief Justice

142693

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

C.G. AUTOMATION & FIXTURE, INC.,
     Plaintiff-Appellant,

v

                                     SC: 142693
                                     COA: 286361
AUTOFORM, INC. and AUTOLIV A.S.P., INC.,  Kent CC: 07-009314-CK
     Defendants,

and

KEY PLASTICS, L.L.C.,
     Defendant-Appellee,

and

CHRYSLER, L.LC.,
     Defendant.

_____/

     On order of the Court, the application for leave to appeal the January 20, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     ZAHRA, J., did not participate because he was on the Court of Appeals panel.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

p0829